### DUNN *v.* ORR.

EVANS, P. J. This being the first grant of a new trial, and the evidence not demanding the verdict, the judgment granting a new trial is affirmed.          *Judgment affirmed. All the Justices concur.*

MAY 11, 1910.

Establishment of copy of deed. Before Judge Kimsey. Dawson superior court. April 20, 1909.

*O. J. Lilly,* for plaintiff.

*G. K. Looper, A. W. Vandivere,* and *R. H. Baker,* for defendant.